1

JUDGE FRANKLIN D. BURGESS

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

| UNITED STATES OF AMERICA, | ) | NO.  CR05-5469FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| vs. | ) | MOTION TO CONTINUE TRIAL |
| | ) | DATE |
| KAMSATH NOY BUTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

9

10

11

12

13

14

15

        Based on the stipulated motion of the parties to continue the trial date, and the

16

affidavit of defense counsel in support of the motion, the Court makes the following

17

findings of fact and conclusions of law:

        1.  The ends of justice served by granting this continuance outweigh the best

18

interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

19

        2.  Proceeding to trial absent adequate time for the defense to prepare would

20

result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(I).

21

        3.  The defense needs additional time to obtain medical records and evaluations in

22

order to explore issues of some complexity, including all relevant issues and defenses

23

applicable to the case, which would make it unreasonable to expect adequate preparation

24

for pretrial proceedings or for trial itself within the time limits established by the Speedy

25

Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(8)(B(ii).

26

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE
*United States v. Buth;* CR05-5469FDB

1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1    4.  Taking into account the exercise of due diligence, a continuance is necessary

2   to allow the defendant the reasonable time for effective preparation his defense.  18

3   U.S.C. § 3161(h)(8)(B)(iv).

4       NOW, THEREFORE,

5       IT IS HEREBY ORDERED that the trial date is continued from November 14,

6   2005 to January 17, 2006, at 9:00 am.  The resulting period of delay from November 14,

7   2005, up to and including the new trial date of January 17, 2006, is hereby excluded for

8   speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

9       Pre-trial motions are due no later than November 23, 2005.

10         DONE this 26th day of October, 2005.

11

12                               /s/ Franklin D Burgess
                              JUDGE FRANKLIN D. BURGESS
13                              UNITED STATES DISTRICT  JUDGE

14   Presented By:

15

16

17   /s/ *Colin A. Fieman*                        /s/ *Kent Y. Liu*
     Colin A. Fieman                              Kent Y. Liu
18   Attorney for Defendant                       Assistant United States Attorney

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION                          **FEDERAL PUBLIC DEFENDER**
TO CONTINUE TRIAL DATE                      2                **1331 Broadway, Ste. 400**
*United States v. Buth;* CR05-5469FDB                       **Tacoma, Washington  98402**
                                                                  **(253) 593-6710**