UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KAMSATH BUTH,

    Defendant.

Case No. CR05-5469FDB

ORDER DIRECTING DEFENDANT TO SUBMIT TO A PSYCHIATRIC EXAMINATION PURSUANT TO 18 U.S.C. § 4241

THIS MATTER comes on before the above-entitled Court upon defendant's unopposed Motion For Competency Hearing and Psychiatric Examination.

Upon reviewing the affidavit of Colin A. Fieman, counsel for defendant, and the entirety of the records and files herein, the Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly,

IT IS HEREBY ORDERED, pursuant to Title 18 U.S.C. §§ 4241 and 4247(b), that

BUTH - 1

1  KENNETH BUTH shall be committed to the custody of the Attorney General for a period
2  not to exceed 30 days, and shall be examined by a psychiatrist chosen by the United
3  States who shall attempt to determine (1) if the defendant is able at present to understand
4  the nature of the charges and proceedings against him, and (2) if the defendant is able at
5  present to assist in the preparation of his defense.
6      IT IS FURTHER ORDERED that the defendant shall cooperate with the psychiatrist
7  during the examination.
8      IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §4247(b) and (c), a report
9  of the examination shall be prepared by the examiner and filed with the Court, with copies
10 provided to counsel for defendant and the attorney for the government.
11     IT IS FURTHER ORDERED, pursuant to Title 18, United States Code section
12 3161(h)(1)(A), that the time required to determine the defendant's mental competency
13 shall be excluded under the Speedy Trial Act; and
14     IT IS FURTHER ORDERED that pursuant to Title 18 U.S.C. §3161(h)(1)(H), the
15 United States Marshal's Office shall transport the defendant to a suitable facility within ten
16 days of the signing of this Order and shall  return the defendant to this court within ten
17 days of the completion of the 30-day psychiatric examination ordered herein.
18     IT IS FURTHER ORDERED that delay resulting from the transportation of the
19 Defendant in accordance with this order is excludable pursuant to Title 18 U.S.C.
20 §3161(h)(1)(H).
21     DATED this 22nd day of December, 2005
22         /s
           _____
23         FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE
24
25
26 BUTH - 2