UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMSATH BUTH,<br><br>    Defendant. | Case No. CR05-5469FDB<br><br>MINUTE ORDER |

Now, on this 23rd day of December 2005, the Court directs the Clerk to enter the following Minute Order:

Pursuant to this court's December 22nd, 2005 order granting defense counsel's motion for a competency evaluation of defendant Kamsath Buth, the trial date, pretrial motion deadlines and all further proceedings are stayed until further order of this court. Upon receipt of a psychiatric examination report on defendant, the court shall set a date for a competency hearing.

It is further ORDERED that pursuant to 18 U.S.C. 3161(h)(8)(A), the ends of justice served by continuing the trial and pretrial motions deadlines in this case outweigh the interest of the public and the defendant in a more speedy trial.

BUTH - 1

IT IS FURTHER ORDERED that delay resulting from proceedings to determine defendant's competency shall be excludable under 18 U.S.C. § 3161(h)(1)(A).

The foregoing Minute Order entered by direction of the Honorable Franklin D. Burgess, United States District Judge.

DATED this 23rd day of December, 2005

FRANKLIN D. BURGESS
_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

BUTH - 2