UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAMSATH BUTH,

Defendant.

Case No. CR05-5469FDB

ORDER

A conference call was conducted this day in this matter regarding the Order Directing Defendant to Submit to a Psychiatric Examination (Dkt #28).  All  parties agree this order may have been entered in error and stipulate  this order should be stayed pending the  re-submission of the matter to the Court for review.

Therefore, it is hereby

**ORDERED** that the Order Directing Defendant to Submit to a Psychiatric Examination Pursuant to 18 U.S.C. sec. 4241 (Dkt. #28) is **STAYED** pending re-submission of the matter to the Honorable Franklin D. Burgess.

DATED this 27th day of December, 2005.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge