Judge Burgess

1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10   UNITED STATES OF AMERICA,          )
                                       )       NO. CR05-5469FDB
11                   Plaintiff,         )
                                       )
12          v.                          )       COMPETENCY ORDER
                                       )
13   KAMSATH NOY BUTH,                  )
                                       )
14                   Defendant.         )
     _____)

15

16          The Court has considered the Competency Evaluation Report and Supplemental

17   Competency Report prepared by Dr. Sheppard Salusky concerning the defendant's

18   competency to stand trial in this case:

19          This Court finds by a preponderance of the evidence that the defendant was

20   diagnosed with bipolar disorder, alcohol dependence, and substance induced persisting

21   dementia, but that he is able to understand the nature and consequences of the

22   proceedings against him and is able to assist in his defense, and therefore competent to

23   stand trial;

24          This Court further finds that pursuant to Title 18 United States Code, Section

25   3161(h)(1)(A) that the time period during which the defendant was under examination to

26   determine competency is excluded from the computation of time within which the trial

27   must commence under the Speedy Trial Act under Title 18 United States Code, Section

28   3161 et seq.;

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  This Court further finds that the period of time from December 7, 2005, up to and

2  including July 26, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(1)(A).

3

4  DATED this 26th day of July, 2006.

5

6

7

8

9  _____

10  FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

11

12  Presented by:

13

14

15  s/ Kent Y. Liu

16  KENT Y. LIU
    Special Assistant United States Attorney

17

18

19  s/ Colin Fieman (per telephonic auth.)

20  COLIN FIEMAN

21  Attorney for Kamsath Buth

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800